UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEMOLFELTO,

Plaintiff(s),

-against-

NATIONAL RAILROAD PASSENGER
CORPORATION (AMTRAK),

Defendant(s).

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/28/2022

20 CV 1032 (NSR)
RESCHEDULING ORDER

NELSON S. ROMÁN, U.S.D.J.:

In light of the recent Coronavirus Disease 2019 ("COVID-19") pandemic affecting New

York, and in light of the extension of the discovery deadlines, it is hereby

ORDERED that the above case scheduled for **a Status Conference on December 8,**

**2022 is adjourned until January 19, 2023 at 12:00 noon to be held via teleconference.**

To access the teleconference, please follow these directions: **(1) Dial the Meeting**

**Number: (877) 336-1839; (2) Enter the Access Code: 1231334** #; **(3) Press pound** (#) **to enter**

**the teleconference as a guest.**

In preparation for and while engaging in a teleconference, please follow these guidelines:

1. Use a landline whenever possible.

2. Use handset rather than speakerphone.

3. Identify yourself each time you speak.

4. Be mindful that, unlike in a courtroom setting, interrupting can render both speakers

   unintelligible.

5. **Mute** when not speaking to eliminate background noise, i.e., dog barking, kids

   playing, sirens, papers shuffling, emails pinging, drinking, breathing. It all comes

   through. This will also prevent interruptions.

6. Avoid voice-activated systems that don't allow the speaker to know when someone else is trying to speak and they cut off the beginning of words.

7. Spell proper names.

8. Have judge confirm reporter is on the line.

9. If someone hears beeps or musical chimes, that means someone has either come in or left the conference. Please be aware that the judge may need to clarify that the reporter has not lost the line. (This has happened before, and the reporter had to dial back in and tell the judge the last thing that the court reporter transcribed.)

SO ORDERED.

Dated:  November 28, 2022
        White Plains, NY

_____
NELSON S. ROMÁN, U.S.D.J