Case 7:20-cv-01032-NSR-AEK   Document 55   Filed 04/04/23   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/4/2023__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS DEMOLFETTO,

                Plaintiff,

  -against-

NATIONAL RAILROAD PASSENGER
CORPORATION (AMTRAK),

                Defendant.

20-cv-1032 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

    In a conference held before this Court on February 17, 2023, this Court directed the parties to inform the Court in writing if they have reached a settlement, or, alternatively, if they have not reached a settlement. The parties were directed to do so prior to the status conference scheduled for today, April 4, 2023. The parties have not done so. As such, the status conference scheduled for today, April 4, 2023, is hereby adjourned *sine die*. The parties shall proceed with the briefing schedule set by the Court at the February 17, 2023 status conference.

Dated:   April 4, 2023
           White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge